| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Johnston, John T. | 2. Court or Organization United States District Court, Montana | 3. Date of Report 05/07/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Magistrate Judge - Full Time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

| 7. Chambers or Office Address United States Courthouse 125 Central Avenue West, Suite 311 Great Falls, Montana 59404 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, John T. | 05/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | United States District Court, Montana - Salary | $186,897.00 |
| 2. | 2017 | 72(t) distributions from Rollover IRA #1 | $40,720.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Montana Tech of the University of Montana - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, John T. | 05/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, John T. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Montana Bank Joint Savings and Checking Account | A | Interest | K | T | | | | | |
| 2. Brokerage Account #1 | | | | | | | | | |
| 3. - Abbott (common stock) | A | Dividend | J | T | Sold | 06/06/17 | J | B | |
| 4. - Abbvie (common stock) | A | Dividend | J | T | | | | | |
| 5. - Apple (common stock) | A | Dividend | K | T | | | | | |
| 6. - Coca-Cola (common stock) | A | Dividend | J | T | | | | | |
| 7. - Intel (common stock) | A | Dividend | J | T | | | | | |
| 8. - Stifel Insured Bank Program | A | Interest | J | T | | | | | |
| 9. Roth IRA #1 | | | | | | | | | |
| 10. - Clearbridge Aggressive Growth (mutual fund) | | None | J | T | | | | | |
| 11. Roth IRA #2 | | | | | | | | | |
| 12. - Clearbridge Aggressive Growth (mutual fund) | | None | J | T | | | | | |
| 13. Brokerage Account #2 | | | | | | | | | |
| 14. - Apple (common stock) | A | Dividend | K | T | | | | | |
| 15. - Royal Alliance Associates Money Market | A | Interest | J | T | | | | | |
| 16. - Goldman Sachs (common stock) | A | Dividend | K | T | | | | | |
| 17. - Ishares TR Core S&P 500 (mutual fund) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, John T. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Ishares Russell 2000 (mutual fund) | | None | J | T | | | | | |
| 19.  - Ishares TR S&P 100 (mutual fund) | | None | J | T | | | | | |
| 20.  - Ishares Select Dividend (mutual fund) | | None | J | T | | | | | |
| 21.  - Microsoft (common stock) | A | Dividend | K | T | | | | | |
| 22.  403(b) #1 | | | | | | | | | |
| 23.  - TIAA Traditional (mutual fund) | | None | J | T | | | | | |
| 24.  - CREF Stock (mutual fund) | | None | K | T | | | | | |
| 25.  - CREF Growth (mutual fund) | | None | K | T | | | | | |
| 26.  - CREF Equity Index (muutal fund) | | None | K | T | | | | | |
| 27.  - CREF Global Equities (mutual fund) | | None | K | T | | | | | |
| 28.  - T-C Small Cap Blend (mutual fund) | | None | J | T | | | | | |
| 29.  - T-C Mid Cap Value (mutual fund) | | None | J | T | | | | | |
| 30.  - CREF Bond Fund | | None | J | T | | | | | |
| 31.  403(b) #2 | | | | | | | | | |
| 32.  - Valic Blue Chip Growth Fund (mutual fund) | | None | K | T | | | | | |
| 33.  - Valic Large Cap Core (mutual fund) | | None | K | T | | | | | |
| 34.  - Vanguard Windsor II (mutual fund) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Johnston, John T. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Valic Small Cap Fund (mutual fund) | | None | K | T | | | | | |
| 36. - Valic Emerging Economies Fund (mutual fund) | | None | J | T | | | | | |
| 37. - Valic International Growth Fund (mutual fund) | | None | K | T | | | | | |
| 38. - Vanguard Wellington Fund (mutual fund) | | None | K | T | | | | | |
| 39. - Valic Strategic Bond Fund (mutual fund) | | None | J | T | | | | | |
| 40. Rollover IRA #1 | | | | | | | | | |
| 41. - Royal Alliance Brokerage Money Market | A | Interest | J | T | | | | | |
| 42. - Vanguard Wellesley Income Fund Investor Shares (mutual fund) | A | Int./Div. | N | T | Sold (part) | 02/13/17 | J | | |
| 43. | | | | | Sold | 03/09/17 | N | | |
| 44. - Vanguard Wellesley Income Fund Admiral Shares (mutual fund) | D | Int./Div. | N | T | Buy | 03/09/17 | N | | |
| 45. | | | | | Sold (part) | 05/16/17 | J | | |
| 46. | | | | | Sold (part) | 08/14/17 | J | | |
| 47. | | | | | Sold (part) | 11/17/17 | J | | |
| 48. - Vanguard Growth Index Fund Investor Shares (mutual fund) | B | Int./Div. | L | T | Sold | 03/09/17 | L | | |
| 49. - Vanguard Growth Index Fund Admiral Shares (mutual fund) | B | Int./Div. | L | T | Buy | 03/09/17 | L | | |
| 50. | | | | | Sold (part) | 05/16/17 | J | | |
| 51. | | | | | Sold (part) | 08/14/17 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, John T. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 11/17/17 | J | | |
| 53. - T Rowe Price Small Cap Value Shares (mutual fund) | A | Int./Div. | M | T | Sold (part) | 02/13/17 | J | | |
| 54. | | | | | Sold (part) | 05/16/17 | J | | |
| 55. | | | | | Sold (part) | 08/14/17 | J | | |
| 56. | | | | | Sold (part) | 01/17/17 | J | | |
| 57. - Pioneer Bond Fund Class A (mutual fund) | B | Int./Div. | K | T | Sold | 03/07/17 | K | | |
| 58. - Pioneer Bonb Fund Class Y (mutual fund) | B | Int./Div. | K | T | Buy | 03/07/17 | K | | |
| 59. - Oakmark Global Select Fund Class I | A | Int./Div. | M | T | Sold (part) | 02/13/17 | J | | |
| 60. | | | | | Sold (part) | 05/16/17 | J | | |
| 61. - Nicholas Equity Income Fund Class I | B | Int./Div. | L | T | Sold (part) | 02/13/17 | J | | |
| 62. - American Funds New World Class F-1 | A | Int./Div. | K | T | Sold | 03/07/17 | L | | |
| 63. - American Funds New World Class F2 | A | Int./Div. | L | T | Buy | 03/07/17 | L | | |
| 64. - American Funds American Balanced Fund Class F-1 | A | Int./Div. | M | T | Sold | 03/07/17 | M | | |
| 65. - American Funds American Balanced Fund Class F-2 | C | Int./Div. | M | T | Buy | 03/07/17 | M | | |
| 66. | | | | | Sold (part) | 08/14/17 | J | | |
| 67. Rollover IRA #2 | | | | | | | | | |
| 68. - Ascent Bancorp | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, John T. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, John T. | 05/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, in relation to 403(b) #1, 403 (b) #2, Roth IRA #1 and Roth IRA #2, these retirement and investment funds do not credit income to the invidual accounts but instead report a "unit value" to participants. For those funds where no income is reported as having been credited to my accounts, Column B(1) is blank and "None" is entered on Column B(2).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John T. Johnston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544